UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DANIELA M. SPIRIDON, | ) |
| Movant, | ) |
| v. | ) No. 4:15-CV-1380 JAR |
| UNITED STATES OF AMERICA, | ) |
| Respondent, | ) |

## AFFIDAVIT OF DANIELA SPIRIDON

COMES NOW Affiant, Movant Daniela M. Spiridon, and, being first duly sworn upon her oath, states and affirms the following:

1. Affiant is a natural individual of legal age and sound mind, capable of making this affidavit and personally acquainted with the facts herein stated.

2. I am the Movant in this matter and am currently incarcerated at a United States Prison Camp in Dublin, California, register number number 40200-044. The prison camp's address is Camp Parks, 5675 8th St, Dublin, CA 94568.

3. In February, 2014, I retained Attorney Branden Bell as counsel to represent me in the sentencing portion of the underlying charges against me.

4. Shortly thereafter, I asked Mr. Bell to investigate the veracity of the Government's contention that a deed agreement during an accounting for my assets was fraudulent.

5. At the time, I made Mr. Bell aware that I believed the transaction and deed in question were legitimate and offered access to the original document, my computer, email and Skype accounts, and the name of the third parties who communicated with me about me with the

transaction in question and sent me the document for Mr. Bell to investigate.

6. In addition, I provided Mr. Bell with a contract, email correspondence, and contact information for the law firm I retained for the purposes of securing a homeland security clearance for the specific transaction at the heart of the deed in question. Relevant documents are attached as an exhibit to this affidavit.

7. In addition, another party to the transaction, Jacqueline James Bailey, contacted Mr. Bell to express her willingness to provide information that would support the validity and authenticity of the deed agreement.

8. I told Mr. Bell many times that I was cooperating as best I could and that I had been led by others to believe, and did believe, that the transaction and documentation in question were legitimate, despite some obvious misspellings in the paperwork, which others involved in the transaction had assured me would be duly rectified.

9. Rather than investigate, Mr. Bell informed me that it was too late and there was nothing he could do for me.

10. On August 19, 2014 Mr. Bell informed me that my plea agreement prevented me from appealing my sentence and subsequently advised me to sign a document stating my Waiver of Appeal.

11. I signed the waiver solely based on Mr. Bell's advice. Had I been aware of my right to appeal under the plea agreement, I certainly would have appealed.

FURTHER AFFIANT SAYETH NOT.

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached and not the truthfulness, accuracy, or validity of that document.

_____  8/19/2016
Daniela Spiridon, Affiant

Sworn to and affirmed before me on this 19TH day of August, 2016

_____
Notary Public

My Commission Expires: 02-22-2018

MARIA J. DIAZ
COMM. #2058821
Notary Public - California
Alameda County
My Comm. Expires Feb. 22, 2018

3